# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.

PETER A. SERRAO,
on behalf of herself and
similarly situated employees,

      Plaintiff

v.

VISION PRECISION HOLDINGS, LLC,
DANIEL STANTON, and MASSIMO MUSA,

      Defendants.

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§1441 and 1446, Defendants, VISION PRECISION HOLDINGS, LLC, DANIEL STANTON, and MASSIMO MUSA (hereinafter referred to jointly as "Defendants"), hereby remove the above captioned case from the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, to the United States District Court for the Southern District of Florida. In support of this Removal, Defendants assert the following:

    1.    This is action seeking recovery of unpaid overtime pursuant to the Fair Labor Standards Act, 29 U.S.C. §201, et seq., as amended.

    2.    This action was commenced on April 28, 2017, by the filing of a Complaint in the Seventeenth Judicial Circuit in and for Broward County, Florida, by Plaintiff, PETER A. SERRAO, on behalf of himself and similarly situated employees.

1

3.     The first date upon which Defendants received a copy of the Complaint in the Action was May 8, 2017, when Stanton Optical Florida, LLC was served with a copy of the Summons and Complaint in the Action.

4.     This Notice of Removal is filed within thirty (30) days after Stanton Optical Florida, LLC first receipt, through service, of Plaintiff's initial pleading in the State Court Action.  Removal is therefore timely under 28 U.S.C §1446(b).

5.     Thereafter on May 31, 2017, Plaintiff filed its Amended Complaint naming corporate entity Vision Precision Holdings, LLC as the correct named corporate defendant. Vision Precision Holdings, LLC, through undersigned counsel,   accepted service of the Amended Complaint on June 7, 2017.

6.     As required by 28 U.S.C. § 1446(a), attached hereto as Composite Exhibit "A" are true and accurate copies of all process, pleadings, motions, orders and other papers filed in the Action.

7.     No previous Notice of Removal has been filed.

8.     Removal to this Court is proper under 28 U.S.C. §1441(a) because the Circuit Court of the 17th  Judicial Circuit in and for the County of Broward is within the Southern District of Florida, and this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

9.     Pursuant to 28 U.S.C. §1441(d), a copy of this Notice of Removal is being served upon counsel for Plaintiff, and a copy is being filed with the Clerk of the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida.

2

10.   Pursuant to 28 U.S.C. §1446, the filing of a copy of this Notice with the Clerk of the State Court effects removal of the state court action. A copy of the Notice of Filing of the Notice of Removal filed contemporaneously in the State Court is attached as Exhibit "B."

11.   All Defendants consent to the removal of this Action.

**WHEREFORE**, Defendants, VISION PRECISION HOLDINGS, LLC, DANIEL STANTON, and MASSIMO MUSA, hereby respectfully request that this Action, now pending in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, be removed to the United States District Court for the Southern District of Florida, as an action properly removed thereto.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 7th day of June, 2017, a true and correct copy of the foregoing has been sent via Electronic Service to: Scott M. Behren, Esquire (Scott@behrenlaw.com), Counsel for Plaintiff, of the Behren Law Firm, 2893 Executive Park Drive, Suite 110, Weston, FL 33331.

Respectfully submitted,

**TRIPP SCOTT, PA**
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Tel. 954-525-7500
Fax. 954-761-8475

By:/s/ Lisa D. MacClugage
LISA D. MACCLUGAGE
FBN: 039780
ldm@trippscott.com
pef@trippscott.com
eService@trippscott.com

3

# COMPOSITE EXHIBIT "A"

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.

PETER A. SERRAO
on behalf of herself and
similarly situated employees

     Plaintiff,

vs.

STANTON OPTICAL FLORIDA, LLC,
DANIEL STANTON and
MASSIMO MUSA

     Defendants
_____/

## CIVIL ACTION SUMMONS
(En Espanol)  (Francais)

THE STATE OF FLORIDA:

To Each Sheriff of the State:

     YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of this lawsuit on Defendant,

**DANIEL STANTON**
**3801 S. Congress Ave.**
**Palm Springs, FL 33461**

     A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

     If you chose to file a written response yourself, at the same time you file your written

response to the Court, located at:

Broward County Courthouse
Clerk of the Court
201 S.E. Sixth Street
Fort Lauderdale, Florida 33301

you must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below.

WITNESS my hand and the seal of this Court on this APR 28 2017 ____
2017.

BRENDA D. FORMAN
As Clerk of the Court

By:_____
As Deputy

BRENDA D. FORMAN

Plaintiffs' Attorney:
Scott M. Behren, Esq.
Behren Law Firm
2893 Executive Park Drive
Suite 110
Weston, Florida 33331
Telephone: (954) 636-3802
scott@behrenlaw.com

Usted ha sido demandado legalmente. Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Attorney's for Plaintiff." (Demandante o Abogado de Demandante).


Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des partis nommes ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, san aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assitance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou experdier une copie au carbone ou une photocopie de votre response ecrite a "Attorneys for Plaintiff" (Plaignant ou a son avocat nomme ci-dessous.)

3

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO.

PETER A. SERRAO
on behalf of herself and
similarly situated employees

    Plaintiff,

vs.

STANTON OPTICAL FLORIDA, LLC,
DANIEL STANTON and
MASSIMO MUSA

    Defendants
_____/

## CIVIL ACTION SUMMONS
### (En Espanol)   (Francais)

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of this lawsuit on Defendant,

**Massimo Musa**
**3801 S. Congress Ave.**
**Palm Springs, FL 33461**

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

    If you chose to file a written response yourself, at the same time you file your written

response to the Court, located at:

Broward County Courthouse
Clerk of the Court
201 S.E. Sixth Street
Fort Lauderdale, Florida 33301

you must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below.

WITNESS my hand and the seal of this Court on this _____ , APR 28 2017 _____
2017.

BRENDA D. FORMAN
As Clerk of the Court

By: _____
As Deputy Clerk

BRENDA D. FORMAN

Plaintiffs' Attorney:
Scott M. Behren, Esq.
Behren Law Firm
2893 Executive Park Drive
Suite 110
Weston, Florida 33331
Telephone: (954) 636-3802
scott@behrenlaw.com

2

Usted ha sido demandado legalmente. Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Attorney's for Plaintiff." (Demandante o Abogado de Demandante).

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des partis nommes ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, san aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assitance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou experdier une copie au carbone ou une photocopie de votre response ecrite a "Attorneys for Plaintiff" (Plaignant ou a son avocat nomme ci-dessous.)

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO.

PETER A. SERRAO
on behalf of herself and
similarly situated employees

    Plaintiff,

vs.

STANTON OPTICAL FLORIDA, LLC,
DANIEL STANTON and
MASSIMO MUSA

    Defendants

_____/

## CIVIL ACTION SUMMONS
(En Espanol)  (Francais)

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of
this lawsuit on Defendant,

**STANTON OPTICAL FLORIDA, LLC**
**by Serving Registered Agent: Matthew Zifrony**
**Tripp Scott, PA**
**110 SE 6th Street**
**Fort Lauderdale, FL 33301**

    A lawsuit has been filed against you. You have 20 calendar days after this summons
is served on you to file a written response to the attached Complaint with the clerk of this
court. A phone call will not protect you; your written response, including the case number
given above and the names of the parties, must be filed if you want the Court to hear your
side of the case. If you do not file your response on time, you may lose the case, and your
wages, money and property may thereafter be taken without further warning from the
Court. There are other legal requirements. You may want to call an attorney right away. If
you do not know an attorney, you may call an attorney referral service or legal aid office
(listed in the phone book).

If you chose to file a written response yourself, at the same time you file your written response to the Court, located at:

Broward County Courthouse
Clerk of the Court
201 S.E. Sixth Street
Fort Lauderdale, Florida 33301

you must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below.

WITNESS my hand and the seal of this Court on this    APR 28 2017
2017.


BRENDA D. FORMAN
As Clerk of the Court

By:_____
As Deputy Clerk

BRENDA D. FORMAN

Plaintiffs' Attorney:
Scott M. Behren, Esq.
Behren Law Firm
2893 Executive Park Drive
Suite 110
Weston, Florida 33331
Telephone: (954) 636-3802
scott@behrenlaw.com

2

Usted ha sido demandado legalmente. Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Attorney's for Plaintiff." (Demandante o Abogado de Demandante).


Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des partis nommes ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, san aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assitance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou experdier une copie au carbone ou une photocopie de votre response ecrite a "Attorneys for Plaintiff" (Plaignant ou a son avocat nomme ci-dessous.)

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

---

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE SEVENTEENTH  JUDICIAL CIRCUIT,
IN AND FOR BROWARD   COUNTY, FLORIDA

Case No.:_____
Judge: _____

PETER SERRAO
Plaintiff

vs.

STANTON OPTICAL FLORIDA, LLC, DANIEL STANTON, MASSIMO MUSA
Defendant

---

**II.    TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more

- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☒ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

---

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.    **REMEDIES SOUGHT** (check all that apply):
    ☒   Monetary;
    ☐   Non-monetary
    ☐   Non-monetary declaratory or injunctive relief;
    ☒   Punitive

IV.    **NUMBER OF CAUSES OF ACTION: (     )**
(Specify)

    <u>1</u>

V.     **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐   Yes
    ☒   No

VI.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒   No
    ☐   Yes – If "yes" list all related cases by name, case number and court:

VII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒   Yes
    ☐   No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Scott M Behren</u>    FL Bar No.: <u>987786</u>
    Attorney or party                               (Bar number, if attorney)

    <u>Scott M Behren</u>    <u>04/28/2017</u>
    (Type or print name)                                Date

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO.

PETER A. SERRAO
on behalf of herself and
similarly situated employees

    Plaintiff,

vs.

STANTON OPTICAL FLORIDA, LLC,
DANIEL STANTON and
MASSIMO MUSA

    Defendants
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, Peter Serrao ("Serrao") on behalf of himself and similarly situated employees, sues Defendants Stanton Optical Florida, LLC, Daniel Stanton, Massimo Musa (collectively "Stanton") and states as follows:

### Jurisdiction

1.    This is an action for damages which exceeds $15,000.00 exclusive of attorneys' fees, interest and costs.

2.    Venue is proper in Broward County, Florida since the Defendants do business in Broward County

### The Parties/Participants

3.    Plaintiff is an individual residing in Palm Beach County, Florida and is *sui juris*. Serrao was at all material times hereto an employee of Stanton. At all times hereto Musa and Stanton were the owners and had operational control over Serrao's employment.

4.    Defendants do business in South Florida and at all times material hereto had

material control over the terms of the employment of Serrao and are involved in interstate commerce.

## General Allegations

5.    This is an action seeking recovery of unpaid overtime compensation owed to Plaintiff and similarly situated employees, pursuant to the Fair Labor Standards Act, 29 U.S.C. Section 201, *et. seq*, as amended.

6.    At all times material hereto, Plaintiff was and is a residents of the State of Florida and was employed by Defendants.

7.    At all times material hereto, Defendants were doing business in the State of Florida and was regularly engaged in activities that involved interstate commerce. Moreover, at all times material hereto, each Defendant had annual gross sales or business in an amount not less than $500,000.00. By reason of the foregoing, each Defendant was and is an "employer" within the meaning of Section 3(d) of the FLSA.

8.    On many occasions throughout his employment with Defendants, Plaintiff worked in excess of forty hours per week and was not paid overtime and/or regular time.

9.    Plaintiff has retained the undersigned law firm in this matter and has agreed to pay it a reasonable fee for its services.

## Count I-FLSA
### (Overtime and/or Regular Time Compensation)

10.    Plaintiff hereby incorporates the allegations set forth in paragraphs 1 through 9 by reference.

11.     In several workweeks during the relevant period, Plaintiff, worked, in excess for forty(40) hours per week for Defendants. In these workweeks, Plaintiff, was not paid overtime compensation as is required by Section 207 of the FLSA. Alternatively, Plaintiff was not paid for all regular time owed.

12.     As a direct and proximate result of Defendant's failure to pay overtime and regular time compensation, Plaintiff has been damaged in the loss of wages and has incurred and is incurring reasonable attorney's fees.

13.     Defendants' failure to pay overtime was deliberate, willful and without good faith or any legal justification. Consequently, Plaintiff, is entitled to liquidated damages in an amount equal to the underpayment of overtime compensation, and may seeks recovery dating back three (3) years from the filing of this action.

WHEREFORE, Plaintiff demands judgment against Defendants for compensatory damages (unpaid overtime and/or regular time), liquidated damages (double damage) and attorneys' fees and court costs pursuant to the FLSA and for such other and further relief as this Court deems just and proper.

### Demand for Jury Trial

Plaintiff demands trial by jury on all issues so triable.

Behren Law Firm
2893 Executive Park Drive, Suite 110
Weston, FL 33331
Phone: (954) 636-3802
Facsimile: (772) 252-3365
Scott@behrenlaw.com


By:/ Scott M. Behren/
        Scott M. Behren
        Fla. Bar No. 987786

3

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE #CACE-17-008061 (02)

PETER A. SERRAO,
on behalf of herself and
similarly situated employees,

      Plaintiff

v.

STANTON OPTICAL FLORIDA, LLC,
DANIEL STANTON, and MASSIMO MUSA,

      Defendants.

_____/

## NOTICE OF APPEARANCE FOR DEFENDANTS

NOTICE IS HEREBY given that LISA D. MACCLUGAGE, ESQ. of Tripp Scott, P.A.
enters an appearance as counsel on behalf of Defendants, STANTON OPTICAL FLORIDA,
LLC, DANIEL STANTON, and MASSIMO MUSA, in the instant matter, and requests that
service and copies of all future, pleadings, correspondence and otherwise, be sent electronically
to the undersigned at the email addresses provided below:

**Lisa D. MacClugage, Esq.**
**TRIPP SCOTT, P.A.**
**110 S.E. 6th Street, 15th Floor**
**Ft. Lauderdale, FL 33301**
**(954) 525-7500**
**(954) 761-8475 facsimile**
**Primary E-mail: eService@trippscott.com**
**Secondary E-mail: ldm@trippscott.com**
**Secondary E-mail: pef@trippscott.com**

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

1

1377622v1 994000.0224

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 26th day of May, 2017 a true and correct copy of the foregoing has been sent via Electronic Service to: Scott M. Behren, Esquire (Scott@behrenlaw.com), Counsel for Plaintiff.

Respectfully submitted,

**TRIPP SCOTT, PA**
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Tel. 954-525-7500
Fax. 954-761-8475

By:/s/ Lisa D. MacClugage
LISA D. MACCLUGAGE
FBN: 039780
ldm@trippscott.com

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE #CACE-17-008061 (02)

PETER A. SERRAO,
on behalf of herself and
similarly situated employees,

      Plaintiff

v.

STANTON OPTICAL FLORIDA, LLC,
DANIEL STANTON, and MASSIMO MUSA,

      Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants, STANTON OPTICAL FLORIDA, LLC, DANIEL STANTON, and MASSIMO MUSA, by and through its undersigned counsel, hereby files this unopposed motion for an extension of time to file a response to the Plaintiff's Complaint herein, and as grounds for same states as follows:

1.    Plaintiff's Complaint was served upon Defendant, Stanton Optical Florida, LLC, on May 8, 2017.

2.    Defendants' responses to Plaintiff's Complaint herein are due on or before May 30, 2017.

3.    Counsel for Defendants has contacted Plaintiff's counsel to request an extension of time to respond to Plaintiff's Complaint up through and including June 7, 2017, and Plaintiff's counsel has no objection to the requested extension.

1

1378023v1 994000.0224

4.      No party will be prejudiced by the granting of this motion.

WHEREFORE, Defendants, STANTON OPTICAL FLORIDA, LLC, DANIEL STANTON, and MASSIMO MUSA, respectfully requests this Court enter an Order granting an extension of time, up through and including June 7, 2017, for these Defendants to serve their response to Plaintiff's Complaint herein.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of May, 2017 a true and correct copy of the foregoing has been sent via Electronic Service to: Scott M. Behren, Esquire (Scott@behrenlaw.com), Counsel for Plaintiff.

Respectfully submitted,

**TRIPP SCOTT, PA**
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Tel. 954-525-7500
Fax. 954-761-8475

By:/s/ Lisa D. MacClugage
LISA D. MACCLUGAGE
FBN: 039780
ldm@trippscott.com
pef@trippscott.com
eService@trippscott.com

2

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE #CACE-17-008061 (02)

PETER A. SERRAO,
on behalf of herself and
similarly situated employees,

      Plaintiff

v.

STANTON OPTICAL FLORIDA, LLC,
DANIEL STANTON, and MASSIMO MUSA,

      Defendants.
_____/

## ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS CAUSE, having come before the Court upon the Defendants' Unopposed Motion for Extension of Time to Respond to Complaint, and the Court, having heard the argument of counsel and being otherwise fully advised, does hereby

**ORDER AND ADJUDGE as follows:**

The Motion is granted. Defendants shall serve their responses to the Complaint herein on or before June 7, 2017.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida, this _1_ day of ___June___, 2017.

                                    _____
                                    Honorable John B. Bowman
                                    Circuit Judge

Copies to:
Scott M. Behren, Esquire
Lisa D. MacClugage, Esquire

1378071v1 994000.0224

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. 17-008061 CACE 02

PETER A. SERRAO
on behalf of herself and
similarly situated employees

      Plaintiff,

vs.

VISION PRECISION HOLDINGS, LLC,
DANIEL STANTON and
MASSIMO MUSA

      Defendants
_____/

## AMENDED COMPLAINT FOR DAMAGES

      Plaintiff, Peter Serrao ("Serrao") on behalf of himself and similarly situated employees, sues Defendants Vision Precision Holdings, LLC, Daniel Stanton, Massimo Musa (collectively "Stanton") and states as follows:

### Jurisdiction

      1.    This is an action for damages which exceeds $15,000.00 exclusive of attorneys' fees, interest and costs.

      2.    Venue is proper in Broward County, Florida since the Defendants do business in Broward County

### The Parties/Participants

      3.    Plaintiff is an individual residing in Palm Beach County, Florida and is *sui juris*. Serrao was at all material times hereto an employee of Stanton. At all times hereto Musa and Stanton were the owners and had operational control over Serrao's employment.

      4.    Defendants do business in South Florida and at all times material hereto had

material control over the terms of the employment of Serrao and are involved in interstate commerce.

## General Allegations

5.     This is an action seeking recovery of unpaid overtime compensation owed to Plaintiff and similarly situated employees, pursuant to the Fair Labor Standards Act, 29 U.S.C. Section 201, *et. seq,* as amended.

6.     At all times material hereto, Plaintiff was and is a residents of the State of Florida and was employed by Defendants.

7.     At all times material hereto, Defendants were doing business in the State of Florida and was regularly engaged in activities that involved interstate commerce. Moreover, at all times material hereto, each Defendant had annual gross sales or business in an amount not less than $500,000.00. By reason of the foregoing, each Defendant was and is an "employer" within the meaning of Section 3(d) of the FLSA.

8.     On many occasions throughout his employment with Defendants, Plaintiff worked in excess of forty hours per week and was not paid overtime and/or regular time.

9.     Plaintiff has retained the undersigned law firm in this matter and has agreed to pay it a reasonable fee for its services.

## Count I-FLSA
### (Overtime and/or Regular Time Compensation)

10.     Plaintiff hereby incorporates the allegations set forth in paragraphs 1 through 9 by reference.

11.     In several workweeks during the relevant period, Plaintiff, worked, in excess for forty(40) hours per week for Defendants.  In these workweeks, Plaintiff, was not paid overtime compensation as is required by Section 207 of the FLSA.  Alternatively, Plaintiff was not paid for all regular time owed.

12.     As a direct and proximate result of Defendant's failure to pay overtime and regular time compensation, Plaintiff has been damaged in the loss of wages and has incurred and is incurring reasonable attorney's fees.

13.     Defendants' failure to pay overtime was deliberate, willful and without good faith or any legal justification.  Consequently, Plaintiff, is entitled to liquidated damages in an amount equal to the underpayment of overtime compensation, and may seeks recovery dating back three (3) years from the filing of this action.

WHEREFORE, Plaintiff demands judgment against Defendants for compensatory damages (unpaid overtime and/or regular time), liquidated damages (double damage) and attorneys' fees and court costs pursuant to the FLSA and for such other and further relief as this Court deems just and proper.

## Demand for Jury Trial

Plaintiff demands trial by jury on all issues so triable.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was e-mailed this 31 day of May, 2017, to: Lisa MacCluggage, Esq., Tripp Scott P.A., 110 SE 6th Street, 15th Floor, Fort Lauderdale, FL 33301.

Behren Law Firm
2893 Executive Park Drive, Suite 110
Weston, FL 33331
Telephone: (954) 636-3802
Facsimile: (772) 252-3365


By: /Scott M. Behren/
   Scott M. Behren
   Fla. Bar No. 987786

4

# EXHIBIT "B"

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.  CACE 17-008061 (02)

PETER A. SERRAO,
on behalf of herself and
similarly situated employees,
    Plaintiff
v.

VISION PRECISION HOLDINGS, LLC,
DANIEL STANTON, and MASSIMO MUSA,
    Defendants.
_____/

## NOTICE OF FILING NOTICE OF REMOVAL

Defendants, VISION PRECISION HOLDINGS, LLC., DANIEL STANTON, AND

MASSIMO MUSA, by and through the undersigned counsel, hereby file the attached Notice of

Removal in the above-captioned case.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of June, 2017, a true and correct copy of the
foregoing has been sent via Electronic Service to: Scott M. Behren, Esquire
(Scott@behrenlaw.com), Counsel for Plaintiff, of the Behren Law Firm, 2893 Executive Park
Drive, Suite 110, Weston, FL 33331.

Respectfully submitted,

**TRIPP SCOTT, PA**
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Tel. 954-525-7500
Fax. 954-761-8475

By:/s/ Lisa D. MacClugage
LISA D. MACCLUGAGE
FBN: 039780
ldm@trippscott.com
pef@trippscott.com
eService@trippscott.com

1379474v1 994000.0224

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.

PETER A. SERRAO,
on behalf of herself and
similarly situated employees,

     Plaintiff

v.

VISION PRECISION HOLDINGS, LLC,
DANIEL STANTON, and MASSIMO MUSA,

     Defendants.
_____/

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§1441 and 1446, Defendants,
VISION PRECISION HOLDINGS, LLC, DANIEL STANTON, and MASSIMO MUSA
(hereinafter referred to jointly as "Defendants"), hereby remove the above captioned case from
the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, to the United
States District Court for the Southern District of Florida. In support of this Removal, Defendants
assert the following:

1.     This is action seeking recovery of unpaid overtime pursuant to the Fair Labor
Standards Act, 29 U.S.C. §201, et seq., as amended.

2.     This action was commenced on April 28, 2017, by the filing of a Complaint in the
Seventeenth Judicial Circuit in and for Broward County, Florida, by Plaintiff, PETER A.
SERRAO, on behalf of himself and similarly situated employees.

1

3.     The first date upon which Defendants received a copy of the Complaint in the Action was May 8, 2017, when Stanton Optical Florida, LLC was served with a copy of the Summons and Complaint in the Action.

4.     This Notice of Removal is filed within thirty (30) days after Stanton Optical Florida, LLC first receipt, through service, of Plaintiff's initial pleading in the State Court Action. Removal is therefore timely under 28 U.S.C §1446(b).

5.     Thereafter on May 31, 2017, Plaintiff filed its Amended Complaint naming corporate entity Vision Precision Holdings, LLC as the correct named corporate defendant. Vision Precision Holdings, LLC, through undersigned counsel, accepted service of the Amended Complaint on June 7, 2017.

6.     As required by 28 U.S.C. § 1446(a), attached hereto as Composite Exhibit "A" are true and accurate copies of all process, pleadings, motions, orders and other papers filed in the Action.

7.     No previous Notice of Removal has been filed.

8.     Removal to this Court is proper under 28 U.S.C. §1441(a) because the Circuit Court of the 17th Judicial Circuit in and for the County of Broward is within the Southern District of Florida, and this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

9.     Pursuant to 28 U.S.C. §1441(d), a copy of this Notice of Removal is being served upon counsel for Plaintiff, and a copy is being filed with the Clerk of the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida.

2

10.     Pursuant to 28 U.S.C. §1446, the filing of a copy of this Notice with the Clerk of the State Court effects removal of the state court action. A copy of the Notice of Filing of the Notice of Removal filed contemporaneously in the State Court is attached as Exhibit "B."

11.     All Defendants consent to the removal of this Action.

**WHEREFORE**, Defendants, VISION PRECISION HOLDINGS, LLC, DANIEL STANTON, and MASSIMO MUSA, hereby respectfully request that this Action, now pending in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, be removed to the United States District Court for the Southern District of Florida, as an action properly removed thereto.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 7th day of June, 2017, a true and correct copy of the foregoing has been sent via Electronic Service to: Scott M. Behren, Esquire (Scott@behrenlaw.com), Counsel for Plaintiff, of the Behren Law Firm, 2893 Executive Park Drive, Suite 110, Weston, FL 33331.

Respectfully submitted,

**TRIPP SCOTT, PA**
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Tel. 954-525-7500
Fax. 954-761-8475

By:*/s/ Lisa D. MacClugage*
LISA D. MACCLUGAGE
FBN: 039780
ldm@trippscott.com
pef@trippscott.com
eService@trippscott.com

3

# COMPOSITE EXHIBIT "A"

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.

PETER A. SERRAO
on behalf of herself and
similarly situated employees

    Plaintiff,

vs.

STANTON OPTICAL FLORIDA, LLC,
DANIEL STANTON and
MASSIMO MUSA

    Defendants

_____/

## CIVIL ACTION SUMMONS
### (En Espanol)   (Francais)

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of this lawsuit on Defendant,

**DANIEL STANTON**
**3801 S. Congress Ave.**
**Palm Springs, FL 33461**

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

    If you chose to file a written response yourself, at the same time you file your written

response to the Court, located at:

Broward County Courthouse
Clerk of the Court
201 S.E. Sixth Street
Fort Lauderdale, Florida 33301

you must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below.

WITNESS my hand and the seal of this Court on this APR 28 2017 ___
2017.

BRENDA D. FORMAN
As Clerk of the Court

By:_____
As Deputy

BRENDA D. FORMAN

Plaintiffs' Attorney:
Scott M. Behren, Esq.
Behren Law Firm
2893 Executive Park Drive
Suite 110
Weston, Florida 33331
Telephone: (954) 636-3802
scott@behrenlaw.com

Usted ha sido demandado legalmente. Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Attorney's for Plaintiff." (Demandante o Abogado de Demandante).

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des partis nommes ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, san aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assitance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou experdier une copie au carbone ou une photocopie de votre response ecrite a "Attorneys for Plaintiff" (Plaignant ou a son avocat nomme ci-dessous.)

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.

PETER A. SERRAO
on behalf of herself and
similarly situated employees

     Plaintiff,

vs.

STANTON OPTICAL FLORIDA, LLC,
DANIEL STANTON and
MASSIMO MUSA

     Defendants

_____/

## CIVIL ACTION SUMMONS
### (En Espanol)   (Francais)

THE STATE OF FLORIDA:

To Each Sheriff of the State:

     YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of this lawsuit on Defendant,

**Massimo Musa
3801 S. Congress Ave.
Palm Springs, FL 33461**

     A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

     If you chose to file a written response yourself, at the same time you file your written

response to the Court, located at:

Broward County Courthouse
Clerk of the Court
201 S.E. Sixth Street
Fort Lauderdale, Florida 33301

you must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below.

WITNESS my hand and the seal of this Court on this ___ . APR 28 2017
2017.

BRENDA D. FORMAN
As Clerk of the Court

By:_____
As Deputy Clerk

**BRENDA D. FORMAN**

Plaintiffs' Attorney:
Scott M. Behren, Esq.
Behren Law Firm
2893 Executive Park Drive
Suite 110
Weston, Florida 33331
Telephone: (954) 636-3802
scott@behrenlaw.com

Usted ha sido demandado legalmente. Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Attorney's for Plaintiff." (Demandante o Abogado de Demandante).

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des partis nommes ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, san aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assitance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou experdier une copie au carbone ou une photocopie de votre response ecrite a "Attorneys for Plaintiff" (Plaignant ou a son avocat nomme ci-dessous.)

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO.

PETER A. SERRAO
on behalf of herself and
similarly situated employees

    Plaintiff,

vs.

STANTON OPTICAL FLORIDA, LLC,
DANIEL STANTON and
MASSIMO MUSA

    Defendants

_____/

## CIVIL ACTION SUMMONS
### (En Espanol)  (Francais)

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of
this lawsuit on Defendant,

**STANTON OPTICAL FLORIDA, LLC**
**by Serving Registered Agent: Matthew Zifrony**
**Tripp Scott, PA**
**110 SE 6th Street**
**Fort Lauderdale, FL 33301**

    A lawsuit has been filed against you. You have 20 calendar days after this summons
is served on you to file a written response to the attached Complaint with the clerk of this
court. A phone call will not protect you; your written response, including the case number
given above and the names of the parties, must be filed if you want the Court to hear your
side of the case. If you do not file your response on time, you may lose the case, and your
wages, money and property may thereafter be taken without further warning from the
Court. There are other legal requirements. You may want to call an attorney right away. If
you do not know an attorney, you may call an attorney referral service or legal aid office
(listed in the phone book).

If you chose to file a written response yourself, at the same time you file your written response to the Court, located at:

Broward County Courthouse
Clerk of the Court
201 S.E. Sixth Street
Fort Lauderdale, Florida 33301

you must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below.

WITNESS my hand and the seal of this Court on this APR 28 2017
2017.

BRENDA D. FORMAN
As Clerk of the Court

By:_____
As Deputy Clerk

BRENDA D. FORMAN

Plaintiffs' Attorney:
Scott M. Behren, Esq.
Behren Law Firm
2893 Executive Park Drive
Suite 110
Weston, Florida 33331
Telephone: (954) 636-3802
scott@behrenlaw.com

Usted ha sido demandado legalmente. Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Attorney's for Plaintiff." (Demandante o Abogado de Demandante).

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des partis nommes ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, san aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assitance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou experdier une copie au carbone ou une photocopie de votre response ecrite a "Attorneys for Plaintiff" (Plaignant ou a son avocat nomme ci-dessous.)

# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

## I. CASE STYLE

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>PETER SERRAO</u>
Plaintiff

vs.

<u>STANTON OPTICAL FLORIDA, LLC, DANIEL STANTON, MASSIMO MUSA</u>
Defendant

## II. TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more

- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice -- other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☒ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**III.** **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☐ Non-monetary
- ☐ Non-monetary declaratory or injunctive relief;
- ☒ Punitive

**IV.** **NUMBER OF CAUSES OF ACTION: (    )**
(Specify)

1

**V.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

**VI.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

**VII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Scott M Behren        FL Bar No.: 987786
     Attorney or party                                                    (Bar number, if attorney)

Scott M Behren                04/28/2017
   (Type or print name)                                Date

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO.

PETER A. SERRAO
on behalf of herself and
similarly situated employees

      Plaintiff,

vs.

STANTON OPTICAL FLORIDA, LLC,
DANIEL STANTON and
MASSIMO MUSA

      Defendants
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, Peter Serrao ("Serrao") on behalf of himself and similarly situated employees, sues Defendants Stanton Optical Florida, LLC, Daniel Stanton, Massimo Musa (collectively "Stanton") and states as follows:

### Jurisdiction

1.    This is an action for damages which exceeds $15,000.00 exclusive of attorneys' fees, interest and costs.

2.    Venue is proper in Broward County, Florida since the Defendants do business in Broward County

### The Parties/Participants

3.    Plaintiff is an individual residing in Palm Beach County, Florida and is *sui juris*. Serrao was at all material times hereto an employee of Stanton. At all times hereto Musa and Stanton were the owners and had operational control over Serrao's employment.

4.    Defendants do business in South Florida and at all times material hereto had

material control over the terms of the employment of Serrao and are involved in interstate commerce.

## General Allegations

5.     This is an action seeking recovery of unpaid overtime compensation owed to Plaintiff and similarly situated employees, pursuant to the Fair Labor Standards Act, 29 U.S.C. Section 201, *et. seq*, as amended.

6.     At all times material hereto, Plaintiff was and is a residents of the State of Florida and was employed by Defendants.

7.     At all times material hereto, Defendants were doing business in the State of Florida and was regularly engaged in activities that involved interstate commerce. Moreover, at all times material hereto, each Defendant had annual gross sales or business in an amount not less than $500,000.00. By reason of the foregoing, each Defendant was and is an "employer" within the meaning of Section 3(d) of the FLSA.

8.     On many occasions throughout his employment with Defendants, Plaintiff worked in excess of forty hours per week and was not paid overtime and/or regular time.

9.     Plaintiff has retained the undersigned law firm in this matter and has agreed to pay it a reasonable fee for its services.

## Count I-FLSA
### (Overtime and/or Regular Time Compensation)

10.     Plaintiff hereby incorporates the allegations set forth in paragraphs 1 through 9 by reference.

11.     In several workweeks during the relevant period, Plaintiff, worked, in excess for forty(40) hours per week for Defendants.  In these workweeks, Plaintiff, was not paid overtime compensation as is required by Section 207 of the FLSA.  Alternatively, Plaintiff was not paid for all regular time owed.

12.     As a direct and proximate result of Defendant's failure to pay overtime and regular time compensation, Plaintiff has been damaged in the loss of wages and has incurred and is incurring reasonable attorney's fees.

13.     Defendants' failure to pay overtime was deliberate, willful and without good faith or any legal justification.  Consequently, Plaintiff, is entitled to liquidated damages in an amount equal to the underpayment of overtime compensation, and may seeks recovery dating back three (3) years from the filing of this action.

WHEREFORE, Plaintiff demands judgment against Defendants for compensatory damages (unpaid overtime and/or regular time), liquidated damages (double damage) and attorneys' fees and court costs pursuant to the FLSA and for such other and further relief as this Court deems just and proper.

### Demand for Jury Trial

Plaintiff demands trial by jury on all issues so triable.

Behren Law Firm
2893 Executive Park Drive, Suite 110
Weston, FL 33331
Phone: (954) 636-3802
Facsimile: (772) 252-3365
Scott@behrenlaw.com


By:/ Scott M. Behren/
     Scott M. Behren
     Fla. Bar No. 987786

3

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE #CACE-17-008061 (02)

PETER A. SERRAO,
on behalf of herself and
similarly situated employees,

      Plaintiff

v.

STANTON OPTICAL FLORIDA, LLC,
DANIEL STANTON, and MASSIMO MUSA,

      Defendants.
_____/

## <u>NOTICE OF APPEARANCE FOR DEFENDANTS</u>

     NOTICE IS HEREBY given that LISA D. MACCLUGAGE, ESQ. of Tripp Scott, P.A.

enters an appearance as counsel on behalf of Defendants, STANTON OPTICAL FLORIDA,

LLC, DANIEL STANTON, and MASSIMO MUSA, in the instant matter, and requests that

service and copies of all future, pleadings, correspondence and otherwise, be sent electronically

to the undersigned at the email addresses provided below:

**Lisa D. MacClugage, Esq.**
**TRIPP SCOTT, P.A.**
**110 S.E. 6th Street, 15th Floor**
**Ft. Lauderdale, FL  33301**
**(954) 525-7500**
**(954) 761-8475 facsimile**
**Primary E-mail:** eService@trippscott.com
**Secondary E-mail:** ldm@trippscott.com
**Secondary E-mail:** pef@trippscott.com

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of May, 2017 a true and correct copy of the foregoing has been sent via Electronic Service to: Scott M. Behren, Esquire (Scott@behrenlaw.com), Counsel for Plaintiff.

Respectfully submitted,

**TRIPP SCOTT, PA**
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Tel. 954-525-7500
Fax. 954-761-8475

By:*/s/ Lisa D. MacClugage*
LISA D. MACCLUGAGE
FBN: 039780
ldm@trippscott.com

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE #CACE-17-008061 (02)

PETER A. SERRAO,
on behalf of herself and
similarly situated employees,

      Plaintiff

v.

STANTON OPTICAL FLORIDA, LLC,
DANIEL STANTON, and MASSIMO MUSA,

      Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants, STANTON OPTICAL FLORIDA, LLC, DANIEL STANTON, and MASSIMO MUSA, by and through its undersigned counsel, hereby files this unopposed motion for an extension of time to file a response to the Plaintiff's Complaint herein, and as grounds for same states as follows:

1.    Plaintiff's Complaint was served upon Defendant, Stanton Optical Florida, LLC, on May 8, 2017.

2.    Defendants' responses to Plaintiff's Complaint herein are due on or before May 30, 2017.

3.    Counsel for Defendants has contacted Plaintiff's counsel to request an extension of time to respond to Plaintiff's Complaint up through and including June 7, 2017, and Plaintiff's counsel has no objection to the requested extension.

1

1378023v1 994000.0224

4.    No party will be prejudiced by the granting of this motion.

WHEREFORE, Defendants, STANTON OPTICAL FLORIDA, LLC, DANIEL STANTON, and MASSIMO MUSA, respectfully requests this Court enter an Order granting an extension of time, up through and including June 7, 2017, for these Defendants to serve their response to Plaintiff's Complaint herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of May, 2017 a true and correct copy of the foregoing has been sent via Electronic Service to: Scott M. Behren, Esquire (Scott@behrenlaw.com), Counsel for Plaintiff.

Respectfully submitted,

**TRIPP SCOTT, PA**
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Tel. 954-525-7500
Fax. 954-761-8475

By:*/s/ Lisa D. MacClugage*
LISA D. MACCLUGAGE
FBN: 039780
ldm@trippscott.com
pef@trippscott.com
eService@trippscott.com

2

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE #CACE-17-008061 (02)

PETER A. SERRAO,
on behalf of herself and
similarly situated employees,

      Plaintiff

v.

STANTON OPTICAL FLORIDA, LLC,
DANIEL STANTON, and MASSIMO MUSA,

      Defendants.

_____/

## ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS CAUSE, having come before the Court upon the Defendants' Unopposed Motion

for Extension of Time to Respond to Complaint, and the Court, having heard the argument of

counsel and being otherwise fully advised, does hereby

**ORDER AND ADJUDGE as follows:**

The Motion is granted. Defendants shall serve their responses to the Complaint herein on

or before June 7, 2017.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida,

this _____ day of _____, 2017.

                                        _____
                                        Honorable John B. Bowman
                                        Circuit Judge

Copies to:
Scott M. Behren, Esquire
Lisa D. MacClugage, Esquire

1378071v1 994000.0224

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. 17-008061 CACE 02

PETER A. SERRAO
on behalf of herself and
similarly situated employees

      Plaintiff,

vs.

VISION PRECISION HOLDINGS, LLC,
DANIEL STANTON and
MASSIMO MUSA

      Defendants
_____/

## AMENDED COMPLAINT FOR DAMAGES

Plaintiff, Peter Serrao ("Serrao") on behalf of himself and similarly situated employees, sues Defendants Vision Precision Holdings, LLC, Daniel Stanton, Massimo Musa (collectively "Stanton") and states as follows:

### Jurisdiction

1.     This is an action for damages which exceeds $15,000.00 exclusive of attorneys' fees, interest and costs.

2.     Venue is proper in Broward County, Florida since the Defendants do business in Broward County

### The Parties/Participants

3.     Plaintiff is an individual residing in Palm Beach County, Florida and is *sui juris*. Serrao was at all material times hereto an employee of Stanton. At all times hereto Musa and Stanton were the owners and had operational control over Serrao's employment.

4.     Defendants do business in South Florida and at all times material hereto had

material control over the terms of the employment of Serrao and are involved in interstate commerce.

## General Allegations

5.    This is an action seeking recovery of unpaid overtime compensation owed to Plaintiff and similarly situated employees, pursuant to the Fair Labor Standards Act, 29 U.S.C. Section 201, *et. seq*, as amended.

6.    At all times material hereto, Plaintiff was and is a residents of the State of Florida and was employed by Defendants.

7.    At all times material hereto, Defendants were doing business in the State of Florida and was regularly engaged in activities that involved interstate commerce. Moreover, at all times material hereto, each Defendant had annual gross sales or business in an amount not less than $500,000.00. By reason of the foregoing, each Defendant was and is an "employer" within the meaning of Section 3(d) of the FLSA.

8.    On many occasions throughout his employment with Defendants, Plaintiff worked in excess of forty hours per week and was not paid overtime and/or regular time.

9.    Plaintiff has retained the undersigned law firm in this matter and has agreed to pay it a reasonable fee for its services.

## Count I-FLSA
## (Overtime and/or Regular Time Compensation)

10.    Plaintiff hereby incorporates the allegations set forth in paragraphs 1 through 9 by reference.

11.     In several workweeks during the relevant period, Plaintiff, worked, in excess for forty(40) hours per week for Defendants.  In these workweeks, Plaintiff, was not paid overtime compensation as is required by Section 207 of the FLSA.  Alternatively, Plaintiff was not paid for all regular time owed.

12.     As a direct and proximate result of Defendant's failure to pay overtime and regular time compensation, Plaintiff has been damaged in the loss of wages and has incurred and is incurring reasonable attorney's fees.

13.     Defendants' failure to pay overtime was deliberate, willful and without good faith or any legal justification.  Consequently, Plaintiff, is entitled to liquidated damages in an amount equal to the underpayment of overtime compensation, and may seeks recovery dating back three (3) years from the filing of this action.

WHEREFORE, Plaintiff demands judgment against Defendants for compensatory damages (unpaid overtime and/or regular time), liquidated damages (double damage) and attorneys' fees and court costs pursuant to the FLSA and for such other and further relief as this Court deems just and proper.

### Demand for Jury Trial

Plaintiff demands trial by jury on all issues so triable.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was e-mailed this 31 day of May, 2017, to: Lisa MacCluggage, Esq., Tripp Scott P.A., 110 SE 6th Street, 15th Floor, Fort Lauderdale, FL 33301.

Behren Law Firm
2893 Executive Park Drive, Suite 110
Weston, FL 33331
Telephone: (954) 636-3802
Facsimile: (772) 252-3365


By: /Scott M. Behren/
      Scott M. Behren
      Fla. Bar No. 987786

4

# EXHIBIT "B"

CASE NO.  CACE 17-008061 (02)

PETER A. SERRAO,
on behalf of herself and
similarly situated employees,
     Plaintiff

v.

VISION PRECISION HOLDINGS, LLC,
DANIEL STANTON, and MASSIMO MUSA,
     Defendants.

_____/

## NOTICE OF FILING NOTICE OF REMOVAL

Defendants, VISION PRECISION HOLDINGS, LLC., DANIEL STANTON, AND

MASSIMO MUSA, by and through the undersigned counsel, hereby file the attached Notice of

Removal in the above-captioned case.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of June, 2017, a true and correct copy of the foregoing has been sent via Electronic Service to: Scott M. Behren, Esquire (Scott@behrenlaw.com), Counsel for Plaintiff, of the Behren Law Firm, 2893 Executive Park Drive, Suite 110, Weston, FL 33331.

Respectfully submitted,

**TRIPP SCOTT, PA**
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Tel. 954-525-7500
Fax. 954-761-8475

By:/s/ Lisa D. MacClugage
LISA D. MACCLUGAGE
FBN: 039780
ldm@trippscott.com
pef@trippscott.com
eService@trippscott.com